Page 1 of 90

The State of the Great State of New York; county of St. Lawerence.

People of New York                    RE: Ind# 2021-128
   - against -                        Index# 2484
Perry, Melvin H                          and
                                     RJI# 44-1-2021-0145
                                     Index# 159419
In the matter Pursuant,
To Article 78                         Date  8-24-21

         Listed are All parties of Record on above refereened action. & Location

1.) Melvin H. Perry - % St. Law. Co. Corr. Facility. 17 Commerce Lane Conton. N.Y. 13617-3958

2.) Hon: Micheal R. Cuevas - % St. Law Co. Cumbous Courts. 48 Court St. Conton, N.Y. 13617

3.) Hon: Alicia M. Lendon - Assistant Attorney General, 317 Washington St. Watertown, N.Y. 13601

4.) Hon: Judge Main JR. and or Presiding at the Time. - 48 Court St. Conton, N.Y. 13617

5.) District Attorney Hon: Pasqua - 48 Court St. Conton, N.Y. 13617.

US DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 3 0 2021
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

6.) Attorney Aaron Edwards - 120 Washington St. Suite 340. Watertown. N.Y. 13601.

7.) And any others whom this Appellate third (3rd) Division Court. Of the Great State of New York. In Albany, N.Y. 1224-0288 Deems Proper.

8.) The Defendant requesting in Good faith. Assitance in properly disbursement of copies and Move this court to File. Pursuant to Law under the understanding of Fed R. Civ. P. 49.

9.) The Defendant under 50 U.S. Code 4305 (B)(2) No person Shall be held Liable in any court for or in respect to anything done or omitted in good faith in Connection with Administration.

10.) Under Hall v. Bellmon 935 F.2d. 1106, 1110 (1991) "A Pro Se Litigants pleading are to be Construed Liberally and held to a Less Stringent Standard than formal pleadings drafted by Lawyers."

11.) N.Y. Law Provides. For dismissal upon mere possibility of Prejudice... People v. Wilkins 68 N.Y.2d 267... People v. Revette... Betchilly v. Nance.

Page
3
of 90

12.) Defendant has asked the court about Nature and Cause. Not once has the courts taken the time and give Defendant understanding so that it may be understood.

13.) Ogdensburg City Court. by Hon Judge Lemay on the record made claims, that were false and promises that never come true.

13A.) Lawyer by the end of the day, so all my rights would not fall in "STAY"!

13.B) Jurisdiction by the Defendant was made. And The Judge not the D.A. on the record in a tone of threating "I have Jurisdiction, to do as I wish"

13C) Defendent's understanding is that once Jurisdiction challenged the D.A must prove such. As meer Presumption is not Lawful.

13.0) This Knowledge of Law, that my attorney(s) should have known. And protected Defendant's rights. But not the case in Defendant's case.

pag 4
of 90

14.) Under Criminal Procedure Laws. "Public Prosecutors also Perform a rule analogous to that of Police officer." Investigation of Suspicious Circumstance. Gand Jury 39. A.05

14.A) Under Criminal Procedure Law Section 210.20 Grand jury action Prosecutrial / Prosecutor rule of Legal advisor to Grand jury - Should instruct the Grand jury accordingly.

14.B) Evidence held in Discovery all within Prosecutor's ready hands. Was fratual - Evidence that the Grand jury Never heard. or Believe was never even Talked about.

14.C) Three (3) others Names. That were in Side The R.V. That was not Pre-Approved Parole residence.

14.D) One Name being a Suspect. That the Lead Drug Task Force Detv. Jason Streetor of Ogd. P.D names.. Next to found weapon & Drugs Located in R.V.

14C) This being found as P.O Rogers and the defendant watch officer Jason Streetor

Be the first one inside R.V. And Demanding the Should be named Supects. Empty their pockets. This is before P.O. Rogers or any other Parole officer enters the R.v.

14.0) This fact Proves Defendent's claims that no "Routine Home visit".

15.) In Grand Jury minutes By Ogd. Lead Drug Task Force Detv. Jason Streeter without Doubt. Clearly States. That a Plan was made.

15A.) Such Plans, Should be in Chronic Report by Parole. and Operation Plans by Ogd P.D.

15B) But this Evidence Show it's self. only in grand jury minutes. Defendant asked fur Both. To Date has been Denied.

15.C) Both the State Parole + Ogd. Deny Any and all allegations and Knowledge of involvement Pg 13. of Verified Answer/Retcon. Before Hon. Michael R. Cuevas. And as the

page 6
of 10

Record will refelct "Criminal Sales" that the defendant Never was or is charged with.

15. O) As Defendant has to this date requested a Judiciary Judgment on Time. That The Hon. Michael R. Cuevas was asked on April 20,21. By way of Video. Defendant held in SLCCF.

15E). Defendant asked if 24 hours = 1 day. and Hon. Cuevas agreed. No other rebuttal from Parol attorney or County Attorney agreed this fact. But even Showing the Time of arrest and parole warrant 9:32. A.M. wed. And Time of Notice Served on Mond 10:15 A.M. Not ONE Judiciary Judgment was made.

15. F) Nor have Parole Prove that R.V. was my Pre-approved residence. As Defendant has Requested Proof of whom, when R.V. appraved. In winter, No water, Heat, Swer.

16.) Defendant has in writing, orally made many Times on the record. Reserved ALL Rights as Defendant does So again today in this

furthence, affidavit and amendment to Defendents Article 78. And I defendent has made wrongfully taken the uncorrect path to gain understanding and justice. Defendant Seek Telief and guidance to be give with Prejudice.

17.) It's the Defendents firm Belief that the St. Law Co. D.A. office and Oad P.O. Have made vital Errors in Law. That has effected the Defendent's Life. Changing it forever.

17.A) And out as the St. Law Co. D.A offices hurrys to Hide evidence.

17.B) D.A. Pushing forward. But Never gives Just understanding To Jurisdiction, Nature & Cause.

17.C) And Changes Grand jury Day, Time with out given Defendent his Right To Testify. That this Court can See Clearly Defendants Intentions By mail Log and Tsll-Mate Notery.

Pg 8.
of.
10

18.) Defendant again moves this Court to possess the Back-up Recordings of all Stages of Defendants case. Both Parole & Criminal.

18A.) Jan 6, 2021. Ogd P.O Station. Hon. Lamay

18B) May 18, 2021. Slccf  Hon Lamay

18C) April 20, 2021  Slccf. Hon Cerevos
RJI 44.1-2021-0145

18D) July 1st. In person. Ogd city court.
Hon Lamay

18E) July 7, 2021. Slccf. Parole Important to Defendant. As. many points not on paper. That Defendant Made I Request Back up Recording As It's clear that part wire removed. I can prove Such

**JEFFREY D. BURCUME**
Notary Public - State of New York
No. 01BU6306666
Qualified in St. Lawrence County
My Commission Expires June 23, 2022
8.24.21

19.) I humbly Ask Relief to be given.
By ridding the Indictment with prejudice

Melvin Perry

page 90
of
9.0

As the Defendant has to his understanding and Belief. Done all that is possible by way of St. Law co. Cheif Clerks office + By Cort appointed Counsel. In which NONE of my concerns have been addressed.

Ex. Habeus Corpus = charging Defendent with Sales.

Ex. Parole warrent/Bureau Analyis   4/4/21   1-13-21  Date warrent

Ex. Challeging Jurisdiction

Ex. Grand jury Date Maxed-

Ex. # I Ask for Relief and asscrance that the facts inclosed will Not be Lost.

Sincerly
Defendent

Melvin Perry

JEFFREY D. BURCUME
Notary Public - State of New York
No. 01BU6306666
Qualified in St. Lawrence County
My Commission Expires June 23, 2022

8-24-21

Having found out that My Article 78
was Not going to the proper Address.
I'M Sending an ending of 78.
And as well informing that my Full
Aritcle 78 was sent to Albany N.Y.
And I again State it was Sent
Certified Mail on the 5th Aug.
I have Not received Any Reply
at ALL.
Again Important papers
That the Facility holds. TELL-A-Mats
will prove my claim.
As well other papers in my
possession.
That I'M Afraid to send
with out assurance that some
one will review them