UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MELVIN PERRY, a/k/a MELVIN H. PERRY,

                        Plaintiff,

                                                                                   1:21-CV-0971
v.                                                                                   (GTS/DJS)

MICHAEL R. CUEVAS; ALICIA LENDON;
JUDE MAIN, JR.; DISTRICT ATTORNEY PASQUA,
and AARON EDWARDS,

                        Defendants.
_____

APPEARANCES:

MELVIN PERRY
   Plaintiff, *Pro Se*
P.O. Box 943
1027 Jay Street
Ogdensburg, New York 13669

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

     Currently before the Court, in this *pro se* civil rights action filed by Melvin Perry

("Plaintiff") against the five above-named individuals ("Defendants") pursuant to 28 U.S.C. §

1983, is United States Magistrate Judge Daniel J. Stewart's Report-Recommendation

recommending that Plaintiff's Complaint be *sua sponte* dismissed with leave to amend. (Dkt.

No. 6.) Plaintiff has not filed an objection to the Report-Recommendation, and the deadline by

which to do so has expired. (*See generally* Docket Sheet.)

     After carefully reviewing the relevant papers herein, including Magistrate Judge Stewart's

thorough Report-Recommendation, the Court can find no clear error in the Report-

Recommendation.[1]  Magistrate Judge Stewart employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts.  As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation (Dkt. No. 6) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) shall be *sua sponte* **DISMISSED with prejudice** and without further Order of the Court if, within **THIRTY (30) DAYS** of the date of this Decision and Order, Plaintiff does not file an **AMENDED COMPLAINT** curing the pleading defects identified in his original Complaint; and it is further

**ORDERED** that, upon filing, the Amended Complaint shall automatically be referred to Magistrate Judge Stewart for his review.

Dated: November 18, 2021
       Syracuse, New York

Hon. Glenn T. Suddaby
Chief U.S. District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review.  Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.  When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).